JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDEMI KUROKAWA, an individual;<br><br>    Plaintiff,<br><br>   vs.<br><br>EMERALD EXPOSITIONS LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive;<br><br>    Defendants. | Case No. 2:22-cv-05021 MWF (PDx)<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE [FED. R. CIV. P. 41(a)]** |

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).
2. The District Court retains jurisdiction to enforce the settlement agreement.
3. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: November 28, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge